| | |
|---|---|
| DISTRICT COURT, COUNTY OF EL PASO, COLORADO<br>Court Address: Clerk of the Court<br>　　　　　El Paso County<br>　　　　　270 S. Tejon<br>　　　　　Colo Spgs, CO 80903 | DATE FILED: December 21, 2021 2:38 PM<br>FILING ID: AB1CE3899FCE0<br>CASE NUMBER: 2021CV32021 |
| Plaintiff: LESLI L. GOMEZ<br><br>v<br><br>Defendants: DOLLAR TREE STORES, INC. a/k/a DOLLAR TREE STORE #2663, a/k/a DOLLAR TREE STORE AT MARKET CENTRE; NEW MARKET CENTER, LLC; and any other business or individual responsible for the acts complained of herein whose true name is unknown | ▲COURT USE ONLY▲<br><br>CASE NUMBER: |
| The Webster Law Fim, LLC<br>David J. Webster<br>985 Pico Point<br>Colo.  Springs, CO 80905<br>Phone:　(719) 633-6620<br>Fax:　(719) 634-0789<br>E-mail:  david@websterlawfirmllc.com<br>Atty Reg: #28113 | |
| **COMPLAINT** | |

The Plaintiff, above named, by and through her attorneys, The Webster Law Firm, LLC, by David J. Webster, for her complaint against the Defendants, above named, states and alleges as follows:

### VENUE

1.　The injury complained of occurred in El Paso County, Colorado Springs, CO.

2.　At all times material herein, the Plaintiff was and is a resident of El Paso County, Colorado.

3.　At all times material hereto, the Defendant, Dollar Tree Stores, Inc., was a Virginia corporation registered with and authorized by the Colorado Secretary of State to transact business in the State of Colorado.

4.　Upon information and belief, Defendant Dollar Tree Stores, Inc. owned and/or operated a store known as "Dollar Tree Store at Market Centre" and/or Dollar Tree Store #2663", located at 4370 Austin Bluffs Parkway, Colorado Springs (El Paso County), CO, 80918-2932 (hereinafter collectively referred to as "Defendant Dollar Tree").

5. At all times material hereto, Defendant New Market Center, LLC (hereinafter referred to as "Defendant New Market Center") was a limited liability company registered with and authorized by the Colorado Secretary of State to transact business in the State of Colorado.

6. Pursuant to Rule C.R.C.P. Rule 9(a)(2), Plaintiff has included as defendants "any other business or individual responsible for the acts complained of herein whose true name is unknown".

7. Venue is proper in El Paso County pursuant to C.R.C.P. 98(c)(5) as the tort complained of herein occurred in said county.

## GENERAL ALLEGATIONS

8. Upon information and belief, Defendant New Market Center at all times material hereto owned the property/premises identified as 4370 Austin Bluffs Parkway, Colorado Springs, CO 80918-2932, and is a landowner as defined in C.R.S. § 13-21-115(1) (2021).

9. Upon information and belief, Defendant Dollar Tree rented and/or leased retail space on Defendant New Market's premises known as "The Dollar Tree Store (#2663)" and/or "The Dollar Tree Store at Market Centre" and is a landowner as defined in C.R.S. § 13-21-115(1) (2021).

10. On or about December 22, 2019, the Plaintiff was an invitee as defined in C.R.S. 13-21-115(5)(a), lawfully on the property known as 4370 Austin Bluffs Parkway, shopping in the retail store known as The Dollar Tree Store.

11. At the time of this incident, the store operated by Defendant Dollar Tree was extremely busy due to the upcoming Christmas holiday. Plaintiff was browsing in the store and moving past and around other customers through the busy aisles. As she was proceeding down an aisle there was a black display platform, approximately four inches tall and 3 feet by 3 feet square holding stacked paper towels. Because the platform was out in the aisle, customers were forced to move around the platform, and each other, to continue on through the aisle. As Plaintiff was moving past the stacked paper towels, she moved to the left, where the stacked paper towels terminated, to avoid another customer. While turning to the left, Plaintiff's foot caught on a second platform of the same size which had been placed behind the platform containing paper towels. The second display platform did not have any goods stacked on it, nor was it flagged or otherwise marked to give customers warning of its placement, and Plaintiff fell forward onto her shins and chest resulting in injury to her neck, back and shoulder.

12. The platform display was a dangerous condition because, among other reasons, there was no warning of its placement in the aisle, it was hidden by a display of paper towels, and its limited visibility created a dangerous tripping hazard for customers traversing the aisles.

## FIRST CLAIM FOR RELIEF
### (Premises Liability - Dollar Trees Stores, Inc.)

13. Plaintiff hereby incorporates paragraphs 1-12 above as if fully stated herein.

14. Upon information and belief, Defendant Dollar Tree owned or leased the subject premises and operated out of it a retail store at which the public was invited to shop. As such, Defendant Dollar Tree is considered a landowner as that term is defined in Colorado Revised Statute 13-21-115(1) (2021).

15. At all times relevant herein, Defendant Dollar Tree was legally responsible for the condition of the subject premises, or for the activities conducted on the subject premises, or for the circumstances existing on the subject premises pursuant to C.R.S. 13-21-115(1) (2021).

16. Defendant Dollar Tree failed to maintain the subject premises in a safe manner by failing to keep its aisles and walkways clear of obstructions, including the platform display described above.

17. Defendant Dollar Tree breached its duty to Plaintiff by allowing this dangerous condition to exist on the subject premises.

18. Defendant Dollar Tree unreasonably failed to exercise reasonable care to protect its customers against dangers on the subject premises of which they knew or reasonably should have known.

19. As a direct and proximate result of the actions and inactions of Defendant Dollar Tree, as stated herein, Plaintiff sustained serious injuries, including but not limited to neck, back and shoulder pain and headaches.

20. As a direct and proximate result of the unreasonable failure to use reasonable care by Defendant Dollar Tree, the Plaintiff sustained significant and permanent injuries and disabilities, resulting in past and future physical and mental pain and suffering, inconvenience, obligations for medical, hospital, surgical and other related expenses, lost wages, impairment of earning capacity, loss of enjoyment of life, emotional distress, inconvenience, and permanent and residual injuries.

## SECOND CAUSE OF ACTION
### (Negligence - Dollar Tree)

21. Plaintiff hereby incorporates paragraphs 1-20 as if fully set forth herein.

22. As a party responsible for the safety of the subject premises, Defendant Dollar Tree owed a duty of care to invitees of the subject premises, including Plaintiff, to keep its aisles and walkways clear of obstructions, including the platform display described herein.

23. Defendant Dollar Tree breached its duty of care to the Plaintiff through its negligence in maintaining the aisles and walkways of its store and/or in failing to keep them free from obstructions, including the platform display described above.

24. As a direct and proximate result of the negligence of Defendant Dollar Tree, the Plaintiff sustained significant and permanent injuries and disabilities, resulting in past and future physical and mental pain and suffering, inconvenience, obligations for medical, hospital, surgical and other related expenses, lost wages, impairment of earning capacity, loss of enjoyment of life, emotional distress, inconvenience, and permanent and residual injuries.

## THIRD CAUSE OF ACTION
### (Premises Liability - New Market Center)

25. Plaintiff re-alleges paragraphs 1-24 above as if fully stated herein.

26. Upon information and belief, Defendant New Market Center owned the premises out of which Defendant Dollar Tree operated a retail store at which the public was invited to shop.

As such, Defendant New Market Center is considered a landowner as that term is defined in Colorado Revised Statute 13-21-115(1) (2021).

27. At all times relevant herein, Defendant New Market Center was legally responsible for the condition of the subject premises pursuant to C.R.S. 13-21-115(1) (2021).

28. Defendant New Market Center failed to maintain the subject premises in a safe manner by failing to insure that the aisles and walkways in the building on its premises were clear of obstructions, including the platform display described above.

29. Defendant New Market Center breached its duty to Plaintiff by allowing this dangerous condition on its premises.

30. Defendant New Market Center unreasonably failed to exercise reasonable care to protect invitees on its premises against dangers on the subject premises of which it knew or reasonably should have known.

31. As a direct and proximate result of the actions and inactions of Defendant New Market Center, as stated herein, Plaintiff sustained serious injuries, including but not limited to neck, back and shoulder pain and headaches.

32. As a direct and proximate result of the unreasonable failure to use reasonable care by Defendant New Market Center, the Plaintiff sustained significant and permanent injuries and disabilities, resulting in past and future physical and mental pain and suffering, inconvenience, obligations for medical, hospital, surgical and other related expenses, lost wages, impairment of earning capacity, loss of enjoyment of life, emotional distress, inconvenience, and permanent and residual injuries.

WHEREFORE, Plaintiff requests a judgment against the Defendants, and each of them, and for relief as follows:

A.  Reasonable compensatory damages;
B.  Costs of this action, including expert witness fees;
C.  Interest as provided by law;
D.  Such other and further relief as the Court may deem just and proper their losses and injuries as set forth above, together with interest as provided by law, costs of this action, including but not limited to expert witness fees, and any other relief which the Court deems just and appropriate in the premises.

Dated this 21st day of December, 2021.

The Webster law Firm, LLC

David J. Webster
Attorney for Plaintiff

Plaintiff's Address:
5124 Rainbow Harbor Drive
Colorado Springs, CO 80917